UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE: CRIMINAL COMPLAINT,  : CASE NO. 3:16-mj-__464__ (SALM)
ARREST WARRANT, AND AFFIDAVIT :
IN SUPPORT :
 :

CONTENTS:            Criminal Complaint, Arrest Warrant, and Affidavit

JUDICIAL OFFICER:    Hon. Sarah A. L. Merriam
                     United States Magistrate Judge

SUPERVISING ATTORNEYS:    Neeraj Patel

DATE SEALED:         October 3, 2016

DATE UNSEALED:       _____

The Clerk of the Court is directed to seal the contents of this envelope until further order of the Court.

SO ORDERED this __3rd__ day of October 2016, at New Haven, Connecticut.

/s/ Sarah A. L. Merriam
HON. SARAH A. L. MERRIAM
UNITED STATES MAGISTRATE JUDGE

*FILED 2016 OCT 4 AM 9:40 U.S. DISTRICT COURT NEW HAVEN, CT*