Criminal Std (6/13/2012)

HONORABLE: Sarah A. L. Merriam, USMJ
DEPUTY CLERK Breigh Freberg   RPTR/ECRO/TAPE FTR - CR5
USPO Vicki Stackpole   INTERPRETER _____

TOTAL TIME: ____ hours  42 minutes

DATE: Oct 5, 2016   START TIME: 12:40PM   END TIME: 1:22PM

## COURTROOM MINUTES

- ☒ IA-INITIAL APPEAR
- ☐ BOND HRG
- ☐ CHANGE OF PLEA
- ☐ IN CAMERA HRG
- ☐ IA- RULE 5
- ☐ DETENTION HRG
- ☐ WAIVER/PLEA HRG
- ☐ COMPETENCY HRG
- ☐ ARRAIGNMENT
- ☐ PROBABLE CAUSE
- ☐ EXTRADITION HRG
- ☐ FORFEITURE
- ☐ CONFLICT HRG
- ☐ EVIDENTIARY HRG
- ☐ STATUS CONF
- ☒ MOTION HRG

CRIMINAL NO. 16MJ464 (SALM)   DEFT # _____

**UNITED STATES OF AMERICA**
vs
Michael Richo

Neeraj Patel
AUSA

Tracy Hayes
Counsel for Defendant Ret ☐ CJA ☐ PDA ☒

---

- ☐ ...... Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
- ☒ ...... ☒ Arrest Date (CT Case): 10-05-2016   ☒ Case unsealed or ☐ Rule 5 arrest, ____ Dist of ____
- ☒ ...... CJA 23 Financial Affidavit filed ☒ under seal
- ☒ ...... Order Appointing Federal Public Defender's Office filed
- ☒ ...... Court appoints Attorney Tracy Hayes to represent defendant for ☐ this proceeding only ☒ all proceedings
- ☐ ...... Appearance of _____ filed
- ☐ ...... ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of ____ filed
- ☐ ...... ☐ Information/Misdemeanor filed ☐ Sealed Information filed
- ☐ ...... ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
- ☐ ...... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
- ☐ ...... Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed
- ☐ ......Plea of ☐ not guilty ☐ guilty ☐ nolo contendere to count(s) ____ of the ____ (indict, superseding indict, info)
- ☐ ...... Petition to Enter Guilty Plea filed
- ☐ ...... Defendant motions due ____ ; Government responses due ____
- ☐ ...... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
- ☐ ......Hearing on Pending Motions scheduled for ____ at ____
- ☐ ...... Jury Selection set for ____ at ____
- ☐ ...... Remaining Count(s) to be dismissed at sentencing
- ☐ ...... Sentencing set for ____ at ____  ☐ Probation 246B Order for PSI & Report
- ☐ ...... Special Assessment of $____ on count(s) ____ . Total $ ____  ☐ Due immediately ☐ Pay at sentencing
- ☐ ...... Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Order of Detention filed
- ☐ ...... Deft ordered removed/committed to originating /another District of ____
- ☐ ...... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
- ☐ ...... Waiver of Rule 5 Hearing filed
- ☐ ...... Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☒ ...... Bond ☒ set at $ 100,00.00   ☐ reduced to $ ____  ☒ Non-surety ☐ Surety ☐ Personal Recognizance
- ☐ ...... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
- ☐ ...... Defendant detained
- ☒ ...... Prob Cause Hearing ☐ waived ☒ set for 10/26/2016 at 10:00AM ☐ continued until ____
- ☐ ...... Set Attorney Flag and notify Federal Grievance Clerk

☒ SEE page II for ☒ conditions of bond ☒ additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____ upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____ ; ☐ Must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☒ ..... as set forth in the Order Setting Conditions of Release

☐ ..... _____

## ADDITIONAL PROCEEDINGS

| | | granted | denied | advisement |
|---|---|---|---|---|
| ☐ Deft's oral motion | | ☐ | ☐ | ☐ |
| ☐ Deft's oral motion | | ☐ | ☐ | ☐ |
| ☐ Deft's oral motion | | ☐ | ☐ | ☐ |
| ☐ Deft's oral motion | | ☐ | ☐ | ☐ |
| ☒ Govt's oral motion | to unseal case | ☒ | ☐ | ☐ |
| ☐ Govt's oral motion | | ☐ | ☐ | ☐ |
| ☐ Govt's oral motion | | ☐ | ☐ | ☐ |
| ☐ Govt's oral motion | | ☐ | ☐ | ☐ |
| ☐ # ___ Deft ___ Motion | | ☐ | ☐ | ☐ |
| ☐ # ___ Deft ___ Motion | | ☐ | ☐ | ☐ |
| ☐ # ___ Govt Motion | | ☐ | ☐ | ☐ |
| ☐ # ___ Govt Motion | | ☐ | ☐ | ☐ |

| | filed | granted | denied | advisement |
|---|---|---|---|---|
| ☒ Supplemental financial affidavit to be filed by defendant within 2 wks | ☐ | ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ | ☐ | ☐ |

Notes: