AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

United States of America
v.
MICHAEL RICHO

Case No. 3:16-mj-464 (SALM)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MICHAEL RICHO

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

From approximately November 2013 to October 2014, the exact dates being unknown, in the District of Connecticut, RICHO committed the following offenses: access device fraud, in violation of 18 U.S.C. §§ 1029(a)(2) and (a)(3); computer fraud, in violation of 18 U.S.C. §§ 1030(a)(2) and (a)(4); wire fraud, in violation of 18 U.S.C. § 1343; aggravated identity theft, in violation of 18 U.S.C. § 1028A; and money laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i).

Date: 10/03/2016

/s/ Sarah A. L. Merriam, USMJ
*Issuing officer's signature*

City and state: New Haven, Connecticut

Sarah A. L. Merriam, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/3/2016, and the person was arrested on *(date)* 10/5/2016
at *(city and state)* Wallingford, CT.

Date: 10/05/2016

Arresting officer's signature

MICHAEL MORRISON, SPECIAL AGENT
*Printed name and title*