UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA                    DOCKET NO. 3:16-mj-464(SALM)

      v.

MICHAEL RICHO

## UNOPPOSED MOTION TO CONTINUE PRELIMINARY HEARING

Michael Richo, the Defendant, was arrested on October 5, 2016 and charged by Complaint with various fraud based crimes. He was presented in federal court on October 5, 2016, at which time he was released on a $100,000 non-surety bond. Under Federal Rule of Criminal Procedure 5.1, a preliminary hearing must be conducted or an indictment filed within 21 days in the case of a defendant who is not in custody, and under the Speedy Trial Act of 1974, 18 U.S.C. § 3161(b), the government is required to file an indictment or information within 30 days of the Defendant's arrest.  The preliminary hearing in this case is currently scheduled for March 24, 2017.

Mr. Richo requires additional time to review the allegations against him with undersigned counsel; and counsel requires additional time to obtain and review preliminary discovery materials from the government, to investigate the charges, review a pending plea agreement and to engage in discussions with the government concerning a possible pre-indictment resolution of this matter.  Accordingly, Mr. Richo seeks a 60-day extension of the time within which a preliminary hearing should be held, and within which an indictment or information must be filed.

This is Mr. Richo's second request for an extension of these deadlines.

Undersigned counsel has discussed this continuance with the Defendant and he consents to it. A waiver of rights under Fed. R. Crim. P. 5.1(d) and the Speedy Trial Act accompanies this motion.

Counsel for the government have indicated that they do not oppose this continuance.

Respectfully submitted,

THE DEFENDANT,
Michael Richo

GLENN M. CONWAY
CONWAY LAW FIRM, LLC
7 Elm Street
New Haven, CT 06510
Tel. No.: 203-624-1400
Federal Bar No. ct17946
glnconway@aol.com
conwaylawfirm@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 19, 2017, a copy of the foregoing Unopposed Motion to Continue Preliminary Hearing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

GLENN M. CONWAY